```
UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION

IN RE:                                          CASE NO. 06 B 17179
   ANGEL AGUILAR JR
   ELIZABETH D AGUILAR                          CHAPTER 13

                                                JUDGE: JACK B SCHMETTERER

          Debtor
   SSN XXX-XX-2843    SSN XXX-XX-4802

--------------------------------------------------------------------------------
                 TRUSTEE'S FINAL REPORT AND ACCOUNT
--------------------------------------------------------------------------------
     The case was filed on 12/27/2006 and was not confirmed.

     The case was dismissed without confirmation 08/01/2007.
--------------------------------------------------------------------------------
CREDITOR NAME              CLASS          CLAIM AMOUNT    INTEREST      PRINCIPAL
                                                            PAID          PAID
--------------------------------------------------------------------------------
LEVENFIELD PEARLSTEIN      ADMINISTRATIV  NOT FILED          .00           .00
HSBC MORTGAGE SERVICES     SECURED NOT I        .00          .00           .00
BFD                        UNSECURED      NOT FILED          .00           .00
CAPITAL ONE                UNSECURED      NOT FILED          .00           .00
CAPITAL ONE                UNSECURED      NOT FILED          .00           .00
B-REAL LLC                 UNSECURED         8408.85         .00           .00
B-REAL LLC                 UNSECURED         5665.73         .00           .00
RESURGENT CAPITAL SERVIC   UNSECURED         7688.46         .00           .00
DELL PREFERRED ACCOUNT     UNSECURED      NOT FILED          .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED         5526.82         .00           .00
DISCOVER FINANCIAL SERVI   UNSECURED         5228.10         .00           .00
NORTH SHORE AGENCY         UNSECURED      NOT FILED          .00           .00
SCHOLL CHICAGO FOOT HEAL   UNSECURED      NOT FILED          .00           .00
RETRIEVAL MASTERS CRED B   NOTICE ONLY    NOT FILED          .00           .00
SEARS GOLD MASTERCARD      UNSECURED      NOT FILED          .00           .00
SST CARD SERVICE           UNSECURED      NOT FILED          .00           .00
BARBARA BURCIAGA           NOTICE ONLY    NOT FILED          .00           .00
EMC MORTGAGE CORPORATION   SECURED NOT I        .00          .00           .00
EMC MORTGAGE CORPORATION   SECURED NOT I        .00          .00           .00
EMC MORTGAGE CORPORATION   NOTICE ONLY    NOT FILED          .00           .00
HSBC MORTGAGE SERVICES     SECURED NOT I        .00          .00           .00
HSBC MORTGAGE              NOTICE ONLY    NOT FILED          .00           .00
MANUEL A CARDENAS & ASSO   DEBTOR ATTY          .00                        .00
TOM VAUGHN                 TRUSTEE                                         .00
DEBTOR REFUND              REFUND                                          .00

       Summary of Receipts and Disbursements:
--------------------------------------------------------------------------------
                          RECEIPTS          DISBURSEMENTS
--------------------------------------------------------------------------------
TRUSTEE                       .00

PRIORITY                                                                   .00
SECURED                                                                    .00
UNSECURED                                                                  .00
```

             PAGE  1 - CONTINUED ON NEXT PAGE
     CASE NO. 06 B 17179 ANGEL AGUILAR JR & ELIZABETH D AGUILAR

```
ADMINISTRATIVE                                                       .00
TRUSTEE COMPENSATION                                                 .00
DEBTOR REFUND                                                        .00
                                    ---------------   ---------------
TOTALS                                          .00               .00
```

    Based on the above information, the Trustee requests the court
enter an order discharging the Trustee, releasing the Trustee's surety
from any further liability related to the above proceedings.


                                    /s/ Tom Vaughn
    Dated: 12/03/07                 _____
                                    TOM VAUGHN
                                    CHAPTER 13 TRUSTEE